Henry Prince v. Ely J. Reiser.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Wisner B. Martin v. City of New York.—Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Adolf Philipp Company v. New Yorker Staats-Zeitung.— Motion granted, questions certified.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The R. & L. Company v. Herman A. Metz.— Motion granted; questions certified.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Rensselaer L. Curtis, as Receiver, v. Henry Davidson.— Motion granted; questions certified.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Louis B. Wasserstrom v. Cohen, Frank & Company.— Motion denied with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Orton G. Orr v. Hamburg Amerikanische Packetfahrt Actien Gesellschaft (Hamburg American Line).— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The Richardson Press v. Joseph P. Vandergrift.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The City of New York v. Fidelity and Deposit Company of Maryland, Impleaded, etc.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The Wyllys Company v. Lewis Nixon.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Fiore Amanna v. Louis Koenig and Others, Impleaded, etc.— Motion denied, with ten dollars costs.   Memorandum per curiam.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Fiore Amanna v. Louis Koenig and Others, Impleaded, etc.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of William Gibson, Deceased.— Motion granted; question certified.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of The City of New York (Municipal Court House Site). — Motion granted.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Frank B. Robinson, Suing, etc., v. Charles McKnight and Others, Impleaded, etc.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Frederick W. Heinzer v. Bernard J. Klyberg and Others.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.